**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

DARELL NORMAN HALL, :
:
    Petitioner, :
:
v. : 1:07-CV-23 (WLS)
:
VICTOR WALKER, Warden, :
:
    Respondent. :
_____ :

## O R D E R

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 12), filed January 11, 2008. It is recommended that Respondent's motion to dismiss as untimely Petitioner's motion for relief pursuant to 28 U.S.C. § 2254 be granted. (Doc. No. 9). Petitioner has not filed an objection to the Report and Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Respondent's motion to dismiss (Doc. No. 9) is **GRANTED.**

    SO ORDERED, this   21st   day of March, 2008.

                                                                  /s/ W. Louis Sands
                                                            **W. Louis Sands, Judge
                                                            United States District Court**